638

452 A.2d 1106

Commonwealth v. Wood a/k/a Carter, Appellant.

Submitted June 24, 1981. Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence is affirmed.

452 A.2d 1106

Commonwealth v. Woolfolk, Appellant.

Petition for Allowance of Appeal Denied May 10, 1983.

Submitted September 14, 1981. Alan M. Tabas, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.